October 25, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

THAMES SHIPYARD & REPAIR CO., A/K/A THAMES SHIPYARD & REPAIR COMPANY, Appellant

NO. 14-10-01142-CV        V.

GALVESTON CENTRAL APPRAISAL DISTRICT AND GALVESTON COUNTY APPRAISAL REVIEW BOARD, Appellees

_____

This cause, an appeal from the judgment in favor of appellees, Galveston Central Appraisal District and Galveston County Appraisal Review Board, signed October 13, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore **REFORM** the judgment of the court below to omit the language ordering that appellant, Thames Shipyard & Repair Co. a/k/a Thames Shipyard & Repair Company, "take nothing" on its claims against appellees, and to insert language dismissing appellant's claims for want of jurisdiction.

We order the judgment of the court below **AFFIRMED** except as modified in this judgment.

We order appellant to pay all costs incurred in this appeal. We further order this decision certified below for observance.